IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHAREEF CHILDS,

                              Plaintiff,                                    ORDER

        v.
                                                                    22-cv-572-jdp
HANNAH RUDOLPH,

                              Defendant.

---

At the March 19 settlement conference, plaintiff Shareef Childs stated that he has been experiencing delays with both incoming and outgoing mail. The court has now received plaintiff Shareef Childs's pretrial submissions. Dkts. 72–78. Defendant Hannah Rudolph may have until March 27, 2024, to submit her responses to those submissions so that we can discuss them at the March 29 final pretrial conference.

The court has not received Childs's responses to Rudolph's pretrial submissions. To ensure that the court and defendant has these materials before the final pretrial conference, counsel for defendant is directed to contact Stanley Correctional Institution officials to have them work with plaintiff to scan and email his copy of those documents and send them to defense counsel, who should place them on the docket. Counsel may have until March 27, 2024, to submit those documents or otherwise update the court on their efforts.

Childs asks the court to issue a writ to have incarcerated voluntary witness Ishiah Harris testify. Dkt. 76. We'll have Harris testify by videoconference, so a writ is unnecessary. Rudolph's counsel is directed to work with the clerk's office to arrange Harris's testimony for the first day of trial, April 8.

Childs asks to subpoena Rudolph and three other DOC employees. Dkt. 76. Rudolph will already be present for her own defense, so it is unnecessary to subpoena her. I will deny Childs's request to subpoena Claire Hicky-Wilbur solely for the purpose of discussing Childs's grievances against Rudolph; Rudolph may have until March 28 to confirm whether she will stipulate to the authenticity of these grievances.

I will grant Childs's requests to subpoena Sergeant Foreman and Heidi Mellenberger because Childs states that they have firsthand knowledge of relevant events. To avoid mileage fees, we'll call those witnesses by videoconference on April 8. The clerk of court is directed to (1) issue subpoenas for Foreman and Mellenberger for the United States Marshal to serve; and (2) issue checks to Foreman and Mellenberger to cover their $40 witness fees from the Attorney Admission Fund, to be served along with the subpoenas.

Counsel for Rudolph is directed to ensure that SCI staff print a copy of this order for Childs's immediate review.

Entered March 26, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

2